**DISMISS; and Opinion Filed March 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00129-CR

**ARTURO SOLORZANO MEDRANO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-34786-S**

## MEMORANDUM OPINION
Before Justices Bridges, O'Neill, and Brown
Opinion by Justice O'Neill

Arturo Solorzano Medrano was convicted of continuous sexual abuse of a child under fourteen years of age. Sentence of twenty-five years' imprisonment was imposed in open court on November 1, 2013. No motion for new trial was filed; therefore, appellant's notice of appeal was due by Monday, December 2, 2013. *See* TEX. R. APP. P. 4.1(a), 26.2(a)(1). Appellant's pro se notice of appeal is file-stamped January 30, 2014. It reflects that it was signed on January 25, 2014, and the envelope in which it was mailed is post-marked January 27, 2014. The notice of appeal is untimely as to the November 1, 2013 sentencing date, leaving us without jurisdiction over the appeal. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996).

We dismiss the appeal for want of jurisdiction.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140129F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ARTURO SOLORZANO MEDRANO,
Appellant

No. 05-14-00129-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-34786-S.
Opinion delivered by Justice O'Neill,
Justices Bridges and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 4th day of March, 2014.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE